Ruffin, Chief Justice.
 

 The hearsay from the two deceased persons, being
 
 post litem motam,
 
 was inadmissible evidence.
 

 The claim of a line different from that of the deeds under which the claimants derived title, is likewise incompetent for either of the purposes for which it was offered. A claim merely, without possession, is nothing more than the declaration of the party himself. It cannot found the presumption of a grant for the land beyond the lines described in the deed ; for there can be no such presumption, where there is no possession. Nor in like circumstances does such a claim, or rather declaration, tend in the least to establish a mistake in the description contained in the deed. The party’s own declaration, unsustained by accompanying acts, is not evidence for himself; nor can it be offered by those who set up a derivative title under that party. . There being no possession beyond the deed is conclusive on both points. The declaration, by itself, tends to establish nothing. In
 
 Jones
 
 v.
 
 Huggins,
 
 1 Dev. Rep. 223, an ancient survey was rejected, though urged not to be the act of the party, but of the surveyor who was then dead.
 

 The exceptions being confined to the question of evidence, in which no error exists, the judgment must be ■affirmed.
 

 Per Curiam. Judgment affirmed.